## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

SANTOS RAMON CRUZ,    )
            )
     Petitioner,   )
            )
vs.          )   Case No. CIV-13-1102-M
            )
WARDEN McCOLLUM,    )
            )
     Respondent.  )

## <u>ORDER</u>

On October 18, 2013, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action. The Magistrate Judge recommended that petitioner's motion for leave to proceed in forma pauperis be denied and that petitioner be ordered to prepay the full $5 filing fee for this action to proceed. On October 30, 2013, petitioner paid the $5 filing fee.

Upon <u>de novo</u> review, the Court:

(1)  ADOPTS the Report and Recommendation [docket no. 5] issued by the Magistrate Judge on October 18, 2013, and

(2)  DENIES petitioner's motion for leave to proceed in forma pauperis [docket no. 2].

**IT IS SO ORDERED this 4th day of November, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE